IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
**CIVIL DIVISION**

ANTOINE WIGGINS, )
　　　　　　　　　　　　　　　　　　)　　Civil Action No. 06-148 GmS
　　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　)
　　v. )
　　　　　　　　　　　　　　　　　　)
STATE OF DELAWARE, )
DEPARTMENT OF TRANSPORTATION, )
　　　　　　　　　　　　　　　　　　)
　　　　　Defendant. )

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Samuel A. Dion, Esquire, to represent Antoine Wiggins in this matter.

**LAW OFFICES OF GARY A BRYDE, P.A.**

Jonathan Layton

Jonathan Layton, Esquire (Bar I.D. No. 3646)
Stone Mill Office Park
724 Yorklyn Road
Suite 100
Hockessin, DE 19707
(302) 239-3700

*Attorney for Plaintiff,*
*Antoine Wiggins*

April 11
Dated: ~~March 29~~, 2006

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**
**CIVIL DIVISION**

ANTOINE WIGGINS,                   :
                                   :          Civ. Action No. 06-148
      vs.                          :
                                   :
STATE OF DELAWARE,                 :
DEPARTMENT OF TRANSPORTATION,      :

**CERTIFICATION OF APPLICANT**

The applicant, Samuel A. Dion, Esquire, hereby certifies that:

1) I am a member in good standing of the Bar of the Commonwealth of Pennsylvania and the Bar of the State of New Jersey, and is a partner with the law firm of Dion & Goldberger, 1616 Walnut Street, Ste. 2316, Philadelphia, PA 19103.

2) I am a member in good standing of the bars of the following federal district courts: Eastern District of Pennsylvania, District of New Jersey, and District of Colorado.

3) I am a member in good standing of the Third Circuit Court of Appeals and the U.S. Supreme Court.

4) I have not been subject to any public discipline by any court of the United States, or by any court of any state, territory, commonwealth, or possession of the United States, and has not been convicted of any "serious crimes" as that term is defined by Local Rule of Civil Procedure 83.6.

5) I received my law degree from Widener University School of Law in 1989.

6) I do not reside in, nor am I regularly employed in or conduct business in, the State of Delaware.

7) for the purposes of this motion and this case, I am associating myself with Jonathan Layton, Esq., a member of the Bar of this Honorable Court. Mr. Layton maintains an office in the District of Delaware at Stone Mill Office Park, 724 Yorklyn Road, Suite 100, Hockessin, DE 19707 upon which all papers will be served and whom shall be required to sign all papers filed with the Court and attend all proceedings, pursuant to Local Rule of Civil Procedure 83.5.

8) the foregoing motion has been timely filed within 30 days of the filing of plaintiff's complaint in this matter.

WHEREFORE, Applicant respectfully request that this Court grant him leave to appear pro hac vice and participate in the conduct of pretrial proceedings, trial and post trial proceedings in this matter.

Respectfully submitted,
DION & GOLDBERGER

By: _____
Samuel A. Dion
#55761
1616 Walnut Street, Ste. 2316
Philadelphia, Pa. 19103
(215) 546-6033
Attorney for Plaintiff

Dated: March 21, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
**CIVIL DIVISION**

ANTOINE WIGGINS,                    )
                                    )        Civil Action No.  06-148
            Plaintiff,              )
                                    )
    v.                              )
                                    )
STATE OF DELAWARE,                  )
DEPARTMENT OF TRANSPORTATION, )
                                    )
            Defendant.              )

**CERTIFICATE OF SERVICE**

I, Jonathan Layton, Esquire, certify that on ~~March 29~~ April 11, 2006, I caused two (2) true and correct copies of the foregoing Motion for the Admission of Samuel A. Dion, Esquire *Pro Hac Vice* to be served by first class mail, postage prepaid, upon the defendant, State of Delaware, Department of Transportation at 400 South Madison Street, Wilmington, DE 19801.

**LAW OFFICES OF GARY A BRYDE, P.A.**

Jonathan Layton, Esquire (Bar I.D. No. 3646)
Stone Mill Office Park
724 Yorklyn Road
Suite 100
Hockessin, DE 19707
(302) 239-3700

*Attorney for Plaintiff,*
*Antoine Wiggins*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
**CIVIL DIVISION**

| | | |
|---|---|---|
| ANTOINE WIGGINS, | ) | |
| | ) | Civil Action No. 06-148 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DEPARTMENT OF TRANSPORTATION, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING MOTION**

**AND NOW** this _____ day of _____, 2006, upon consideration of the

Motion For the Admission of Samuel A. Dion, Esquire *Pro Hac Vice*, it is hereby ORDERED that

the motion is GRANTED.

**IT IS FURTHER ORDERED** that Samuel A. Dion, Esquire is admitted *pro hac vice* for

the purpose of representing the plaintiff in connection with this action and any and all amended

actions stemming from the above-captioned action and are permitted to sign and file papers and

appear before the Court.

BY THE COURT:

_____

U.S.D.J.