IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
**CIVIL DIVISION**

| | | |
|---|---|---|
| ANTOINE WIGGINS, | ) | |
| | ) | Civil Action No. 06-148 GMS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DEPARTMENT OF TRANSPORTATION, | ) | |
| | ) | |
| Defendant. | ) | |

### ENTRY OF APPEARANCE

TO:  CLERK OF THE COURT
     United States District Court
     Federal Building
     844 King Street
     Wilmington, DE 19801

Please enter the appearance of Jonathan Layton, Esquire as attorney for the plaintiff, Antoine Wiggins, in this action.

**LAW OFFICES OF GARY A BRYDE, P.A.**

*Jonathan Layton*

Jonathan Layton, Esq.
Stone Mill Office Park
724 Yorklyn Road, Suite 100
Hockessin, DE 19707
(302) 239-3700

*Attorney for Plaintiff,
Antoine Wiggins*

Dated: March 30, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE
**CIVIL DIVISION**

| | | |
|---|---|---|
| ANTOINE WIGGINS, | ) | |
| | ) | Civil Action No. 06-148 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DEPARTMENT OF TRANSPORTATION, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I, Jonathan Layton, Esquire, certify that on ~~March 30~~ April 11, 2006, I caused two (2) true and correct copies of the foregoing **ENTRY OF APPEARANCE** to be served by first class mail, postage prepaid, upon the defendant, State of Delaware, Department of Transportation at 400 South Madison Street, Wilmington, DE 19801.

**LAW OFFICES OF GARY A BRYDE, P.A.**

*Jonathan Layton*
Jonathan Layton, Esquire (Bar I.D. No. 3646)
Stone Mill Office Park
724 Yorklyn Road
Suite 100
Hockessin, DE 19707
(302) 239-3700

*Attorney for Plaintiff,*
*Antoine Wiggins*