# SUMMONS IN A CIVIL ACTION

| UNITED STATES DISTRICT COURT | District<br>DELAWARE |
|---|---|
| ANTOINE WIGGINS<br><br>VS.<br><br>STATE OF DELAWARE,<br>DEPARTMENT OF TRANSPORTATION | Docket No.<br>CIVIL ACTION NO. 06-148 GMS<br><br>To: (Name and Address of Defendant)<br>STATE OF DELAWARE, DEPARTMENT OF TRANSPORTATION<br>400 South Madison Street<br>Wilmington, DE 19801 |

YOU ARE HEREBY SUMMONED and required to serve upon

Plaintiff's Attorney (Name and Address)

ANTOINE WIGGINS, PRO SE
1734 West 4th Street
Wilmington, DE 19805
302-622-8135

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

PETER T. DALLEO

| Clerk | Date |
|---|---|
| (By) Deputy Clerk | |

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | Date<br>4/6/06 at 3:20 PM |
|---|---|
| Name of Server<br>Ontry Patten | Title<br>Process Server |

Check one box below to indicate appropriate method of service

Served personally upon the defendant. Place where served New Address: 800 Bay Road, Dover, DE 19901.
Service was accepted personally by Melissa Clarke, duly authorized to accept service.

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

Other (specify)

## STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 7, 2006
Date

Signature of Server
NATIONAL LEGAL PROCESS SERVERS
2008 Pennsylvania Avenue, Suite 207

Address of Server
Wilmington, DE 19806 (302) 429-0652

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.