**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANTOINE WIGGINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-148-GMS |
| | ) |
| STATE OF DELAWARE, | ) |
| DEPARTMENT OF TRANSPORTATION, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Defendant State of Delaware, Department of Transportation ("Defendant"), by and through its undersigned counsel, hereby moves the Court, pursuant to Fed. R. Civ. P. 6 (b) to grant an enlargement of time of eight (8) days within which to file an Answer or otherwise plead to Plaintiff's complaint. In support of its motion the Defendant offers the following:

1. Plaintiff's complaint stated an address for Defendant as "400 South Madison Street, Wilmington, Delaware 19801."

2. A copy of Plaintiff's complaint and a summons was served on the Delaware Department of Transportation at 800 Bay Road, Dover, Delaware on or about April 6, 2006. The summons noted this Dover, Delaware address.

3. The complaint was assigned to undersigned counsel for representation on or about April 18, 2006.

4. Due to the press of other litigation, the representation of other clients and schedules of the undersigned counsel and Defendant's point of contact, the undersigned counsel has been unable to gather the required information to answer or otherwise plead to Plaintiff's complaint.

5.      This is the first request for an extension of time by Defendant in this matter.

6.      The Plaintiff is not able to be reached by telephone as information indicates that the provided telephone number for Plaintiff has been disconnected and no further information is available for this number. Plaintiff's position with regard to this request for an extension of time is unknown at present.

WHEREFORE, for the hereinabove stated reasons, Defendant respectfully requests the Court GRANT its request for enlargement of time and set the deadline for filing an Answer or to otherwise plead no later than Monday, May 15, 2006.

> Respectfully submitted,
>
> STATE OF DELAWARE
> DEPARTMENT OF JUSTICE
>
> /s/ Laura L. Gerard
> Laura L. Gerard (DE I.D. #3202)
> Deputy Attorney General
> 820 North French Street, 6th Floor
> Wilmington, DE 19801
> (302) 577-8400
> Attorney for Defendant

Dated: May 8, 2006

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTOINE WIGGINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-148-GMS |
| | ) |
| STATE OF DELAWARE, | ) |
| DEPARTMENT OF TRANSPORTATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This_____ day of _____, 2000,

**WHEREAS**, Defendant State of Delaware, Department of Transportation, having requested an enlargement of time in which to file an Answer or otherwise plead to Plaintiff's complaint; and

**WHEREAS**, there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that Defendant's Motion for Enlargement of Time is **GRANTED** and Defendant shall file an Answer or otherwise plead to Plaintiff's complaint on or before Monday, May 15, 2006.

_____
Judge Gregory M. Sleet

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANTOINE WIGGINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-148-GMS |
| | ) |
| STATE OF DELAWARE, | ) |
| DEPARTMENT OF TRANSPORTATION, | ) |
| | ) |
| Defendant. | ) |

## 7.1.1 CERTIFICATION OF COUNSEL

The counsel for Defendant, Deputy Attorney General Laura L. Gerard files this certification in compliance with Rule 7.1.1 of the Local Rules of Civil Procedure and certifies that:

1. The Plaintiff in this action is an unrepresented litigant who indicated an address of 1734 West 4th Street, Wilmington, DE 19805 and a telephone number of (302) 622-8135.

2. The Plaintiff is not able to be reached by telephone as information indicates the telephone number provided has been disconnected with no further information available.

3. The Plaintiff's position with regard to this request for an enlargement of time is unknown at present. The undersigned counsel presumes that the motion is opposed.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Laura L. Gerard
Laura L. Gerard (DE I.D. #3202)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendant

Dated: May 8, 2006

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANTOINE WIGGINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-148-GMS |
| | ) |
| STATE OF DELAWARE, | ) |
| DEPARTMENT OF TRANSPORTATION, | ) |
| | ) |
| Defendant. | ) |

**16.5 CERTIFICATION**

In compliance with Local Rules of Civil Procedure 16.5, the attorney for Defendant making the request for an extension of time files this certification and states:

I certify that I have sent a copy of the Defendant's request for an enlargement of time to file an answer or otherwise plead to Plaintiff's complaint.

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Laura L. Gerard
        Laura L. Gerard (DE I.D. #3202)
        Deputy Attorney General
        820 North French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
        Attorney for Defendant

Dated: May 8, 2006

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on May 8, 2006, she caused the attached Defendant's Motion to Enlarge Time to be electronically filed by CM/ECF and delivered to the following persons in the form and manner indicated:

NAME AND ADDRESS OF RECIPIENT(S):

Antoine Wiggins
1734 West 4th Street
Wilmington, DE 19805

MANNER OF DELIVERY:

___ One true copy by facsimile transmission to each recipient.

_X_ Two true copies by first class mail, postage prepaid, to each recipient.

___ Two true copies by Federal Express.

___ Two true copies by hand delivery to each recipient.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

  /s/ Laura L. Gerard
Laura L. Gerard (DE I.D. #3202)
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
Attorney for Defendant