IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANTOINE WIGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-148-GMS |
| | ) | |
| STATE OF DELAWARE, | ) | |
| DEPARTMENT OF TRANSPORTATION, | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S MOTION TO DISMISS

**NOW COMES**, Defendant State of Delaware, Department of Transportation ("Defendant") by and through its undersigned counsel, and hereby moves this Honorable Court to enter an Order dismissing Plaintiff's complaint pursuant to Fed.R.Civ.Proc. 12(b)(6) for failure to state a claim upon which relief can be granted. In support, Defendant presents a Brief in Support of its Motion to Dismiss, which is filed simultaneously herewith.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Laura L. Gerard
Laura L. Gerard (DE I.D. #3202)
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendant

Dated: May 15, 2006

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ANTOINE WIGGINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   C.A. No. 06-148-GMS |
| | ) |
| STATE OF DELAWARE, | ) |
| DEPARTMENT OF TRANSPORTATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**WHEREAS** Defendant is immune from liability pursuant to the Eleventh Amendment Sovereign Immunity; and

**WHEREAS** Plaintiff has failed to state a claim upon which relief may be granted pursuant to Fed.R.Civ.Proc. 12(b)(6);

**IT IS SO ORDERED** this _____ and of _____, 2006, that the Defendant's Motion to Dismiss is hereby **GRANTED**.

_____
Judge Gregory M. Sleet

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on May 15, 2006, she caused the attached Defendant's Motion to Dismiss and proposed Order, to be electronically filed by CM/ECF and caused to be delivered to the following persons in the form and manner indicated on May 16, 2006:

NAME AND ADDRESS OF RECIPIENT(S):

| | |
|---|---|
| Samuel A. Dion, Esquire | Jonathan Layton, Esquire |
| Dion & Goldberger | Stone Mill Office Park |
| 1616 Walnut St. | 724 Yorklyn Rd. |
| Suite 2316 | Suite 100 |
| Philadelphia, PA 19103 | Hockessin, DE 19707 |

MANNER OF DELIVERY:

___ One true copy by facsimile transmission to each recipient.

_X_ Two true copies by first class mail, postage prepaid, to each recipient.

___ Two true copies by Federal Express.

___ Two true copies by hand delivery to each recipient.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Laura L. Gerard
Laura L. Gerard (DE I.D. #3202)
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801
Attorney for Defendant