IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTOINE WIGGINS ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No: 06-148 GMS |
| ) | |
| STATE OF DELAWARE, DEPARTMENT ) | |
| OF TRANSPORTATION ) | |
| ) | |
| Defendant ) | |

**O R D E R**

WHEREAS, on March 6, 2006, a complaint was filed in the above-captioned case (D.I. 1);

WHEREAS, on May 8, 2006, the defendant filed a motion for extension of time to file an answer or otherwise respond to plaintiff's complaint (D.I. 6).

WHEREAS, on May 9, 2006, the court granted the motion and the defendant's response to the complaint was due on May 15, 2006;

WHEREAS, on May 15, 2006, the defendant file a motion to dismiss and opening brief for failure to state a claim (D.I. Nos. 7 and 8).   As of the date of this Order, a response to the motion has not been filed with the court.

IT IS HEREBY ORDERED that:

The plaintiff file a response to the Motion to Dismiss within 10 days of the date of this Order.  Failure to comply with the court's Order will result in dismissal, without prejudice, of this case.


July 13, 2006                                                     /s/ Gregory M. Sleet
                                                                            UNITED STATES DISTRICT JUDGE