IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANTOINE WIGGINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-148-GMS |
| | ) |
| STATE OF DELAWARE, | ) |
| DEPARTMENT OF TRANSPORTATION, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41, the parties hereby stipulate and agree to dismiss this matter with prejudice with each party responsible for payment of its own attorney's fees and costs.

_____
Jonathan Layton, Esq. (DE I.D #3646)
724 Yorklyn Rd., Suite 100
Hockessin, DE 19707
(302) 239-3700

Dated:

_____
Samuel A. Dion, Esq.
Dion & Goldberger
1616 Walnut St., Suite 2316
Philadelphia, PA 19103
(215) 546-6033
Attorneys for Plaintiff

Dated: 6/28/06

_____
Laura L. Gerard (DE I.D. #3202)
Deputy Attorney General
State of Delaware, Dept. of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendant

Dated: July 19, 2006